| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ENTRY** |

BEFORE: ANNE Y. SHIELDS   DATE: 1/12/26
U.S. MAGISTRATE JUDGE   TIME: 11:00 AM
FTR: 11:09-11:25

CASE: **CV 25-5571-JMA-AYS** Cement and Concrete Workers DC Benefit Fund v. The New York and Presbyterian Hospital

TYPE OF CONFERENCE: INITIAL

APPEARANCES:
Plaintiff: Geralyn Trujillo
            David Rochelson
            Deborah Elman
Defendant: David Munkittrick
            Colin Kass

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.