November 20, 2026

Hon. Brian M. Cogan
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Cement and Concrete Workers DC Benefit Fund et al. v. The New York & Presbyterian Hospital*, No. 1:25-cv-5571 (E.D.N.Y.)
Letter Motion for Entry of Expert Stipulation

Dear Judge Cogan:

Plaintiffs Cement and Concrete Workers DC Benefit Fund and Pointers, Cleaners, and Caulkers Local 1 Welfare Fund (together, "Plaintiffs") and Defendant The New York and Presbyterian Hospital (together with Plaintiffs, the "Parties") jointly and respectfully request that the Court enter the proposed stipulation and order regarding expert disclosures attached as Exhibit A (the "Proposed Stipulation and Order") pursuant to Fed. R. Civ. P. 26(a)(2) and 26(b)(4).

Sincerely,

/s/ Leah Brannon
Leah Brannon*
D. Bruce Hoffman*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 974-1500
lbrannon@cgsh.com
bhoffman@cgsh.com

Breon S. Peace
Joseph M. Kay
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
bpeace@cgsh.com
jkay@cgsh.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
dmunkittrick@proskauer.com

/s/ Mark Musico
Mark Musico
Jacob W. Buchdahl
Jeffrey Xia
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001
mmusico@susmangodfrey.com
jbuchdahl@susmangodfrey.com
jxia@susmangodfrey.com

Steven G. Sklaver**
Susman Godfrey LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
ssklaver@susmangodfrey.com

Christopher C. Wheeler*
Alexis J. Loeb
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, CA 94104
cwheeler@fbm.com
aloeb@fbm.com

rsamuels@proskauer.com

Colin R. Kass*
Mark Rosman
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6800
ckass@proskauer.com
mroseman@proskauer.com

Vinay Kohli**
Richard W. Westling*
Portia S. Proctor
PROSKAUER ROSE LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 557-2900
vkohli@proskauer.com
rwestling@proskauer.com
pproctor@proskauer.com

*Attorneys for The New York and Presbyterian Hospital*

**Admitted Pro Hac Vice*
***Pro Hac Vice Forthcoming*

*Counsel for Pointers, Cleaners & Caulkers Local 1 Welfare Fund*

Jamie Crooks*
Michael Lieberman**
Amanda R. Vaughn*
Yinka Onayemi
Fairmark Partners LLP
400 7th Street, NW, Suite 304
Washington, DC 20004
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com
yinka@fairmarklaw.com

Frank R. Schirripa
Gwendolyn Nelson
Scott Jacobsen
Hach Rose Schirripa & Rehns LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com
gnelson@hrsrlaw.com
sjacobsen@hrsrlaw.com

William Dreher*
Kylie Fisher**
Keller Rohrback LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
wdreher@kellerrohrback.com
kfisher@kellerrohrback.com

**Admitted Pro Hac Vice*
*** Pro Hac Vice Forthcoming*

*Counsel for Cement and Concrete Workers DC Benefit Fund, and the Pointers, Cleaners & Caulkers Local 1 Welfare Fund*