**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CEMENT AND CONCRETE WORKERS DC BENEFIT FUND, on its own behalf and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE NEW YORK AND PRESBYTERIAN HOSPITAL,<br><br>*Defendant*. | Case No. 1:25-cv-05571-BMC |

**[PROPOSED] STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES**

In this action, expert disclosures, including each Party's expert reports, will be conducted in accordance with Federal Rule of Civil Procedure 26(a)(2) and 26(b)(4), except as modified below:

1. Neither Party must preserve or disclose, including in expert deposition testimony, the following documents or information:

    a. any form of oral or written communications, correspondence, or work product not relied upon by the expert in forming any opinions in his or her final report shared: (a) between Plaintiffs' or Defendant's counsel and the Plaintiffs' or the Defendant's own testifying or non-testifying expert(s); (b) between testifying and non-testifying experts; (c) between non-testifying experts; or (d) between testifying experts.

b. any form of oral or written communications, correspondence, or work product not relied upon by the expert in forming any opinions in his or her final report shared between experts and any persons assisting the expert;

c. the expert's notes, except for notes of interviews participated in or conducted by the expert, if the expert relied upon such notes in forming any opinions in his or her final report;

d. drafts of expert reports, affidavits, or declarations; and

e. data formulations, data runs, data analyses, or any database-related operations not relied upon by the expert in forming any opinions in his or her final report.

2. The Parties agree that the following materials will be disclosed:

a. all final reports;

b. a list by Bates number of all documents relied upon by the testifying expert(s) in forming any opinions in his or her final reports;

c. a list of all publications authored by the expert in the previous ten (10) years and copies of all publications authored by the expert in the previous ten (10) years that are not available for free without a login on the World Wide Web, and a working hyperlink for all publications authored by the expert in the previous ten (10) years that are available for free without a login on the World Wide Web; and

d. a list of all other cases in which, during the previous four (4) years, the expert testified at trial or by deposition, including tribunal and case number.

3. Within two (2) business days of production of each expert report:

   a. copies of any materials relied upon by the expert not previously produced that are not available for free without a login on the World Wide Web, and a working hyperlink for materials relied upon by the expert that are available for free without a login on the World Wide Web unless a hyperlink was already provided in the report;

   b. for all calculations appearing in the final reports, all data and programs underlying the calculations (including all programs and codes necessary to replicate the calculations from the initial ("raw") data files and the intermediate working-data files that are generated from the raw data files and used in performing the calculations appearing in the final report) and a written explanation of why any observations in the raw data were either excluded from the calculations or modified when used in the calculations.

SO STIPULATED.

Dated: November 20, 2026

/s/ Leah Brannon
Leah Brannon*
D. Bruce Hoffman*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2112 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 974-1500
lbrannon@cgsh.com
bhoffman@cgsh.com

Breon S. Peace
Joseph M. Kay
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
bpeace@cgsh.com
jkay@cgsh.com

David A. Munkittrick
Reut N. Samuels
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
dmunkittrick@proskauer.com
rsamuels@proskauer.com

Colin R. Kass*
Mark Rosman
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6800
ckass@proskauer.com
mroseman@proskauer.com

Vinay Kohli**
Richard W. Westling*
Portia S. Proctor

/s/ Mark Musico
Jacob W. Buchdahl
Jeffrey Xia
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
mmusico@susmangodfrey.com
jbuchdahl@susmangodfrey.com
jxia@susmangodfrey.com

Steven G. Sklaver**
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
ssklaver@susmangodfrey.com

Christopher C. Wheeler*
Alexis J. Loeb
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
cwheeler@fbm.com
aloeb@fbm.com

*Counsel for Pointers, Cleaners & Caulkers Local 1 Welfare Fund*

Jamie Crooks*
Michael Lieberman**
Amanda R. Vaughn*
Yinka Onayemi
FAIRMARK PARTNERS LLP
400 7th Street, NW, Suite 304
Washington, DC 20004
jamie@fairmarklaw.com
michael@fairmarklaw.com
amanda@fairmarklaw.com
yinka@fairmarklaw.com

Frank R. Schirripa

PROSKAUER ROSE LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 557-2900
vkohli@proskauer.com
rwestling@proskauer.com
pproctor@proskauer.com

*Attorneys for The New York and Presbyterian Hospital*

*Admitted Pro Hac Vice*
**Pro Hac Vice Forthcoming*

Gwendolyn Nelson
Scott Jacobsen
HACH ROSE SCHIRRIPA & REHNS LLP
112 Madison Avenue, 10th Floor
New York, NY 10016
fschirripa@hrsrlaw.com
gnelson@hrsrlaw.com
sjacobsen@hrsrlaw.com

William Dreher*
Kylie Fisher**
KELLER ROHRBACK LLP
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
wdreher@kellerrohrback.com
kfisher@kellerrohrback.com

*Counsel for Cement and Concrete Workers DC Benefit Fund, and the Pointers, Cleaners & Caulkers Local 1 Welfare Fund*

*Admitted Pro Hac Vice
** Pro Hac Vice Forthcoming

SO ORDERED.

_________________________________
BRIAN M. COGAN
Senior United States District Judge

Dated: November _____, 2026
Brooklyn, New York